ACCEPTED
03-13-00723-CR
3762027
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 10:42:02 AM
JEFFREY D. KYLE
CLERK

**No. 03-13-00723-CR**

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 10:42:02 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| CHARLES ANTHONY MALOUFF, JR. | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 299TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-13-904021

**STATE'S FIRST MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Securing Execution of a Document by Deception, the appellant filed his notice of appeal in the above cause on October 24, 2013. Appellant's counsel filed a brief on November 10, 2014.

1

(b)     The State's brief is currently due on **December 10, 2014**.

(c)     This request is that the deadline for filing the State's brief be extended by **60 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in three other pending appellate cases, (i.e., *John Albert Rendon v. State of Texas,* No. 11-14-00080-CR; *Frank Howard McMarion v. State of Texas,* No. 03-14-00140-CR to 03-14-00145-CR; and *Jose Luis Sosa v. State of Texas,* No. 03-13-00764-CR). The undersigned attorney is responsible for preparing the State's brief in another pending appellate case, (i.e., *Shriya Patel v. State of Texas,* No. 03-14-00238-CR).

2. In addition, the undersigned attorney, as the director of the Appellate Division of the Travis County District Attorney's Office, has been required, during the pendency of the instant appeal, to spend a considerable amount of time working on a variety of other legal matters and administrative issues.

3. The State's failure to request an extension before the due date is

attributable to a clerical error.

4. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **February 9, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
State Bar No. 00785584
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 342 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of January, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Ariel Payan, Attorney at Law, 1012 Rio Grande, Austin, Texas 78701.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney